AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JIMMY LEE RHODES,

Plaintiff,

v.

DANIEL J. CRAIG; THE STATE OF GEORGIA,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV123-141

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 12, 2023, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Court DISMISSES Plaintiff's complaint without prejudice and CLOSES this civil action.

December 12, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020